UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RIETH-RILEY CONSTRUCTION CO., INC.,

    Petitioner,

v.

ELIZABETH KERWIN and,
JENNIFER ABRUZZO

    Defendants.
_____/

Case No. 1:21-cv-407

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Opinion and Order Granting Motion to Dismiss entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: June 21, 2024

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge